UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE TURNER,<br><br>                                    Plaintiff,<br><br>     vs.<br><br>K WILLIAMS, et al.,<br><br>                                    Defendants. | Case No.:  20-cv-1643-WQH-DEB<br><br>**ORDER SETTING TELEPHONIC STATUS CONFERENCE** |

The Court sets a telephonic Status Conference on **April 28, 2022** at **10:30 a.m.** Defendants' counsel is responsible for initiating the conference call and for calling the Court's chambers at the scheduled time with Plaintiff on the line.

**IT IS SO ORDERED**.

Dated:  April 14, 2022

_____
Honorable Daniel E. Butcher
United States Magistrate Judge