UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE TURNER,<br><br>   Plaintiff,<br><br>vs.<br><br>K WILLIAMS, et al.,<br><br>   Defendants. | Case No.:  20-cv-1643-WQH-DEB<br><br>**ORDER RE APRIL 28, 2022 STATUS CONFERENCE** |

The Court held a Status Conference on April 28, 2022. During the Status Conference, Plaintiff requested additional time to Oppose Defendants' Motion for Summary Judgment (Dkt. No. 47). The Court grants Plaintiff's request as follows: (1) on or before **May 27, 2022**, Plaintiff must file and serve any Opposition to Defendants' Motion for Summary Judgment; and (2) on or before **June 3, 2022**, Defendants may file and serve a reply.

/ /

/ /

/ /

/ /

/ /

Plaintiff further claimed he no longer has the pleadings relating to Defendants' Motion. Defendants' counsel agreed to mail Plaintiff a copy of their Motion and Exhibits and the Court's February 15, 2022 Order Providing Notice to Plaintiff of Requirements for Opposing Summary Judgment (Dkt. No. 48).

**IT IS SO ORDERED**.

Dated: April 28, 2022

_____
Honorable Daniel E. Butcher
United States Magistrate Judge