

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Wayne Turner<br><br>Plaintiff,<br>V.<br><br>K Williams, -<br>Licensed Clinical Social Worker;<br>J. Oldroyd, Psychiatrist<br><br>Defendant. | Civil Action No. 20-cv-01643-WQH-DEB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Defendants' motion for summary judgment (ECF No. 47) pursuant to Fed. R. Civ. P. 56(a). Judgment is entered in favor of Defendants K. Williams and J. Oldroyd.

| | |
|---|---|
| Date:   9/9/22 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br>By:  s/ A. Hazard<br>                                            , Deputy |